# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES P. LINK  
1704 MAR DRIVE  
MCHENRY, IL  60051  

SSN-xxx-xx-9833

Case Number: 07-73038

Case filed on: 12/14/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,572.78       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | MAZYAR M HEDAYAT, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GYPSUM SUPPLY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 1,358,120.39 | 1,358,120.39 | 0.00 | 0.00 |
|  | Total Priority | 1,358,120.39 | 1,358,120.39 | 0.00 | 0.00 |
| 999 | JAMES P. LINK | 0.00 | 0.00 | 1,572.78 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,572.78 | 0.00 |
| 001 | GMAC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | GMAC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 140,089.51 | 140,089.51 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHASE BANK US | 5,567.53 | 5,567.53 | 0.00 | 0.00 |
| 007 | DISCOVER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GYPSUM SUPPLY COMPANY | 301,043.72 | 301,043.72 | 0.00 | 0.00 |
| 010 | JIM LINK SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SONY CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LAURA LINK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 446,700.76 | 446,700.76 | 0.00 | 0.00 |
|  | Grand Total: | 1,804,821.15 | 1,804,821.15 | 1,572.78 | 0.00 |

Total Paid Claimant:     $1,572.78  
Trustee Allowance:       $0.00  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008           By   /s/Heather M. Fagan